* My Adress: Scott Houchins #1174963    3-29-2015   Pg 1
Bill Clements Unit- Ad Seg 12 Bldg-E-21 cell
9601 Spur 591
Amarillo, Texas 79107-9606    666,195-02p3 Pg 2

*To: Austin, Texas Court of Criminal Appeals —
    Court Clerk - Abel Acosta

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 06 2015
Abel Acosta, Clerk

Hello, I am sending you this short letter, to ask that this week, as soon as possible; that you will please write me back, and answer a couple of questions that I have, and need the answers to. * Mr. Acosta, I would greatly appreciate all of your help with helping to answer my questions; as best as possible. * Mr. Acosta, it has now been almost 8 long years now; since Wednesday — July 25, 2007, since my first time that the [Austin, Texas Court of Criminal Appeal Judges (reviewed and denied) my*[11:07 Writ of Habeus — Corpus-Appellate Brief] — request for an appeal; being that I am innocent of all of my criminal — charges. * Mr. Acosta, I am needing to ask, what exactly can I do to be able to let a judge know that I need to; as soon as possible, be able to again, get the panel of judges at the* [Austin, Texas Court of Criminal Appeals], to again - soon as —→ Pg 2

*[Continued from Page 1]: possible; *hopefully this present year 2015, *be able to request and actually be able to remind the Austin, Texas Appeal Court Judges; that (my case) - [11:07 Writ of Habeas Corpus], is in immediate need of *[review]; being that it has now been an unfair, *(too long amount of time passed by); at 8 long years, this upcoming July 2015, *(since my [2002 DFW - Dallas, Texas Airport - South Shuttle Alleged Murder 1 and 2 Aggravated Assaults Criminal Case], (was reviewed and denied the first time)? ②*Can I actually write a letter explaining this situation to an actual Judge, and if so, *can you Mr. Acosta, *please arrange to send me the actual name and adress to the Judge in the [Austin, Texas Court of Criminal Appeals]? *I would greatly appreciate all your help with this writing me back, and answering my questions and in sending me the Judges adress, today, or this week as soon as possible. *Also, Mr. Acosta, how long upon receiving either an appeal, or even if my appeal was denied; then how long does it take to actually get a letter in the Legal Mail, informing me about this, after the appeal review decision was made? *Please answer my questions, and write me back this week, or as soon as you can. *Thank You - Scott Houchins -